IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DANIEL REMSBURG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-304-Z-BR |
| | § | |
| K. WEBB, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TERMINATING DEFENDANTS HOLMES AND TDCJ

Because Defendants Elbert Holmes and Texas Department of Criminal Justice have been dropped from this lawsuit due to their omission from Plaintiff's Second Amended Complaint (ECF No. 48), they are hereby TERMINATED as parties in this matter.

ENTERED October 16, 2023.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE