IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DANIEL REMSBURG, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:20-CV-304-Z-BR |
| K. WEBB, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE AND SUSPENDING DEADLINES

On November 11, 2023, the Court ordered the parties to conduct a settlement conference before U.S. Magistrate Judge John R. Parker. (ECF 60). Judge Parker has issued an order seeking proposed dates from the parties. (ECF 62). To allow the parties to thoroughly prepare for and conduct a meaningful settlement conference, this Court will administratively close this case without prejudice and suspend all deadlines in this case, effective immediately.

Within five (5) days of the date of the settlement conference, Defendant is ordered to notify the Court whether the parties have settled or whether this case must be reopened and a new scheduling order issued. Accordingly, the clerk is ordered to administratively close this case for statistical purposes without prejudice to its being reopened for further proceedings.

IT IS SO ORDERED.

ENTERED November 30, 2023.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE