IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DANIEL REMSBURG, # 1381699, | |
| Plaintiff, | |
| v. | 2:20-CV-304-Z-BR |
| K. WEBB, *et al.*, | |
| Defendants. | |

## NOTICE

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice ("Joint Stipulation") (ECF No. 74), filed on June 17, 2024. A plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Court finds that these claims were dismissed "upon the filing of the [S]tipulation" on June 17, 2024. *Emerson v. City of Richardson, Texas*, No. 3:23-CV-399-S-BN, 2023 WL 6149198, at *1 (N.D. Tex. Sept. 20, 2023). And because the Joint Stipulation concerns all remaining claims in this case, the Court **DIRECTS** the Clerk to **CLOSE** the above-styled case.

The Court issues notice accordingly.

June 18, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE